EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

HARRY YEE #3790
Chief, Civil Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: edric.ching@usdoj.gov

BURKE, SAKAI, MCPHEETERS,
BORDNER, IWANAGA & ESTES

MARY L. LUCASSE #5690
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, HI 96813
Telephone: (808) 523-9833
Facsimile: (808) 528-1656

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARLA T. ANGEL, | CIVIL NO. 04-00604 ACK BMK |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER |
| vs. | |
| UNITED STATES OF AMERICA, JOHN DOES 1-5, DOE CORPORATIONS 1-5, DOE PARTNERSHIPS 1-5, ROE NON-PROFIT CORPORATIONS 1-5, ROE GOVERNMENTAL AGENCIES 1-5, | |
| Defendants. | |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above entitled action be dismissed without prejudice, each party to bear its own costs.

DATED: Honolulu, Hawaii, NOV 08 2004 .

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
TIMOTHY P. MCNULTY, Esq.
Attorney for Plaintiff

By _____
    EDRIC M. CHING
    Assistant U.S. Attorney

Attorneys for Defendant
United States of America

APPROVED AND SO ORDERED:

ALAN C. KAY
_____
UNITED STATES DISTRICT JUDGE

Angel v. USA, et al.
Civil No. 04-00604 ACK BMK
Stipulation of Dismissal
  Without Prejudice; Order